**Leonard S. LEVENTHAL, Trustee in Bankruptcy of the Estate of Robert Spillman, Bankrupt, Plaintiff-Appellee,**

v.

**Robert SPILLMAN, Selma Spillman and Safe-Tee Banisters, Ltd., Defendants-Appellants.**

No. 461, Docket 30519.

United States Court of Appeals
Second Circuit.

Argued June 14, 1966.

Decided June 20, 1966.

Solomon B. Terkeltoub, New York City, for appellee.

Eli Wager, Mineola, N. Y. (Wager & Shane, Mineola, N. Y., on the brief), for appellants.

Before HAYS, ANDERSON and FEINBERG, Circuit Judges.

PER CURIAM:

Affirmed on the basis of the opinion of Judge Dooling in the trial court reported at 234 F.Supp. 207 (1964).

**Albert C. MEYER et al., Plaintiffs, Appellants,**

v.

**UNITED STATES of America, Defendant, Appellee.**

No. 6697.

United States Court of Appeals
First Circuit.

Heard June 7, 1966.

Decided June 13, 1966.

Lyman T. Burgess, Springfield, Mass., for appellants.

Nathan Lewin, Attorney, Department of Justice, with whom Mitchell Rogovin, Asst. Atty. Gen., W. Arthur Garrity, Jr., U. S. Atty., Lee A. Jackson, David O. Walter and Loring W. Post, Attorneys, Department of Justice, and John Paul Sullivan, Asst. U. S. Atty., were on brief, for appellee.

Before ALDRICH, Chief Judge, and McENTEE and COFFIN, Circuit Judges.

OPINION OF THE COURT.

PER CURIAM.

The judgment is affirmed, on the opinion of the District Court, 1965, D.Mass., 247 F.Supp. 939.